JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO RAMIREZ, JR., | ) | No. CV 13-04413-R (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| GLEN D. LEWIS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 21, 2014

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE